**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| KENNETH HUMPHREY and wife CAROLYN J. HUMPHREY, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civil Action No.: ______________ |
| DAVOL INC., a subsidiary of C.R. BARD, INC., and C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1, hereby files this Corporate Disclosure Statement, and states as follows:

C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

Respectfully submitted,

Andrew L. Colocotronis (BPR #17052)
R. Brad Morgan (BPR #24620)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, Tennessee 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc. and C.R. Bard, Inc.*

*Of Counsel:*

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
Spriggs & Hollingsworth
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel for parties in interest herein by delivering same to the offices of said counsel, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination.

J. Timothy Bobo
Curtis W. Isabell
RIDENOUR & RIDENOUR
108 South Main Street
P.O. Box 530
Clinton, Tennessee 37717-0530

This 11 day of June, 2008.

Attorney

K DEP 213282 v1
0-0 6/11/2008