**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| KENNETH HUMPHREY and wife<br>CAROLYN J. HUMPHREY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVOL INC., a subsidiary of C.R. BARD, INC., and C.R. BARD, INC.,<br><br>Defendants. | ) | Civil Action No.: 3:08-CV-228<br>Varlan / Guyton |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND**

Pursuant to E.D.TN.LR. 12.1(a), Plaintiffs, Kenneth Humphrey and Carolyn Humphrey (the "Humphries"), and Defendants, Davol Inc. ("Davol") and C.R. Bard, ("Bard"), have stipulated to an extension of time by which Defendants, may answer or otherwise respond to Plaintiffs' Complaint up to and including Wednesday, July 16, 2008.

WHEREAS, on June 11, 2008, Defendants removed this action from the Circuit Court for Anderson County, Tennessee to this Court.

WHEREAS, counsel for the Humphries and Davol and Bard have agreed to extend the time for Davol and Bard to respond to the Complaint until and including Wednesday, July 16, 2008, pursuant to E.D.TN.LR. 12.1(a).

IT IS HEREBY STIPULATED AND AGREED, by and among the parties and through their attorneys, that the time within which Davol and Bard may respond to the claims of the Humphries is extended to July 16, 2008.

Dated this 26th day of June, 2008.

Respectfully submitted,

KENNETH AND CAROLY J. HUMPHREY
By its attorneys,

s/Timothy Bobo
Timothy Bobo (BPR No. 017263)
Curtis W. Isabell (BPR No. 022859)
Ridenour & Ridenour
108 South Main Street
P.O. Box 530
Clinton, Tennessee 37717-0530
(865) 457-0755

DAVOL, INC. and C.R. BARD, INC.
By its attorneys,

s/Andrew Colocotronis_______________

Andrew Colocotronis (BPR No. 017052)
Baker, Donelson, Bearman,
Caldwell & Berkowitz, PC
2200 Riverview Tower
900 South Gay Street
P.O. Box 1792
Knoxville, Tennessee 37902
(865) 549-7000

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2008, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

s/Andrew Colocotronis
Andrew Colocotronis