**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| KENNETH HUMPHREY and wife CAROLYN J. HUMPHREY, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civil Action No.: 3:08-CV-228 |
| DAVOL INC., a subsidiary of C.R. BARD, INC., and C.R. Bard, Inc., | ) | |
| Defendants. | ) | |

**DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL**

Defendant Davol Inc. and Defendant C.R. Bard, Inc. respectfully request that the Court enter an order staying all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this matter pending transfer of this "tag-along" action to the United States District Court for the District of Rhode Island for centralized pretrial proceedings in the multidistrict litigation presently styled as *In re: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION*, No. 1:07-MDL-1842-ML (D.R.I.) (J. Lisi). Defendant's counsel has been in contact with counsel for Plaintiffs Kenneth and Carolyn Humphrey ("Plaintiffs") and Plaintiffs do not oppose this Motion for Stay. The grounds for this motion are set forth more fully below.

**MEMORANDUM IN SUPPORT OF MOTION**

Plaintiff alleges that the Composix® Kugel® Patch, a medical device manufactured and sold by Defendant Davol Inc. and used by Plaintiff's surgeon in conjunction with Plaintiff's hernia repair, was defective and unreasonably dangerous when put to its intended use.

This product liability action is but one of a number of related actions filed in federal courts across the country. In 2006, in fact, two plaintiffs who also allege that they sustained injuries resulting from their receipt and use of the Composix® Kugel® Patch filed a motion before the Judicial Panel on Multidistrict Litigation ("JPML") seeking transfer and centralization of all cases involving this medical device pursuant to 28 U.S.C. § 1407. On May 31, 2007, the JPML heard that motion, and on June 22, 2007, the JPML granted the motion for transfer and consolidation. As a result, all federal court cases concerning the Composix® Kugel® Patch have been or imminently will be transferred to the District of Rhode Island for consolidated pretrial proceedings. *See In re Kugel Mesh Hernia Patch Prods. Liab. Litig* ., 493 F. Supp. 2d 1371 (J.P.M.L. 2007).

Based on the JPML's June 22, 2007, Transfer Order, and pursuant to Rules 7.4 and 7.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 435-36 (2001), a conditional transfer order regarding this action will issue shortly.[1] Given that the parties do not oppose MDL transfer in this case, and given further that the transfer of this action in due course will moot any pretrial requirements and schedules imposed by this Court, Defendants request that all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case be stayed pending transfer to the United States District Court for the District of Rhode Island. Upon transfer, Defendants agree and acknowledge that they will comply with any requirements and deadlines imposed by the District of Rhode Island with respect to this action, including responding to Plaintiffs initial complaint.

[1] Although this case was not the subject of the JPML's original Transfer Order, it was previously noticed as a potential "tag-along action" on June 16, 2008. (*See* Defendants' Seventy-Sixth Rule 7.5(e) Notice of Potential Tag-Along, *IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION*, MDL Docket No. 1842 <u>Exhibit 1.</u>

**CONCLUSION**

WHEREFORE, Defendants request that the Court grant their Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL and enter an order staying and/or extending all requirements, deadlines (including responsive pleading deadlines), and any other proceedings in this case in light of its transfer to the United States District Court for the District of Rhode Island.

Dated: July 16, 2008

Respectfully submitted,

s/Andrew L. Colocotronis

Andrew L. Colocotronis (BPR #17052)
R. Brad Morgan (BPR # 024620)
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
900 S. Gay Street, Suite 2200
Knoxville, TN 37902
(865) 549-7000

*Attorneys for Defendants Davol Inc. and C.R. Bard, Inc.*

*of Counsel:*

Kirby T. Griffis, Esq.
Michael L. Junk, Esq.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW
Washington, DC 20005
(202) 989-5800
(202) 682-1639 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of June, 2008, a true and correct copy of the foregoing MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL was electronically filed using the Court's CM/ECF system, and that notice of such filing was provided to counsel in the manner provided below:

J. Timothy Bobo
Curtis W. Isabell
RIDENOUR & RIDENOUR
108 South Main Street
P.O. Box 530
Clinton, TN 37717-0530
(*electronic notice*)

/s/ Andrew L. Colocotronis