**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCT LIABILITY LITIGATION** ) **MDL Docket No. 1842**

**DEFENDANTS' SEVENTY-SIXTH 7.5(e) NOTICE OF POTENTIAL TAG-ALONG**

TO: Clerk of the Panel
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E., Room G-255, North Lobby
Washington, D.C. 20002-8004

Defendant C.R. Bard, Inc. and Defendant Davol Inc., by and through their counsel of record, hereby give notice, pursuant to Rule 7.5(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, of the existence of the following potential "tag-along actions" in which one or both of Defendants are named. These actions appear to involve common questions of fact with those actions transferred by this Panel's prior order dated June 22, 2007.

**United States District Court for the District of Minnesota**

*Max E. Allen v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01905, Judge Paul A. Magnuson.

*Ronald E. Reijo v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 0:08-cv-01903, Judge Joan N. Ericksen.

**United States District Court for the Middle District of Florida**

*Robert Raitt and Diane Raitt v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 8:08-cv-01117, Judge Susan C Bucklew.

**United States District Court for the Eastern District of Missouri**

*Keenan Bassett v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 4:08-cv-00846, Judge Charles A. Shaw.

EXHIBIT
tabbies
1

**United States District Court for the Eastern District of Tennessee**

*Kenneth Humphrey and Carolyn J. Humphrey v. Davol Inc. and CR Bard, Inc.*, Civ. Action No. 3:08-cv-00228, Judge Thomas A Varlan.

Respectfully submitted,

Dated: June 16, 2008

SPRIGGS & HOLLINGSWORTH

/DAB

Joe G. Hollingsworth
Katharine R. Latimer
Kirby T. Griffis
William J. Cople, III
1350 I Street NW
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (facsimile)

*Attorneys for Defendant C.R. Bard, Inc. and Defendant Davol Inc.*

**PROOF OF SERVICE**

I hereby certify that on this 16th day of June, 2008, a true and correct copy of the foregoing Defendants' Seventy-Sixth Rule 7.5(e) Notice of Potential Tag-Along was served via first class mail, postage pre-paid, on appointed Liaison Counsel and counsel for those parties affected by this action as per Rule 5.2(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation:

**Motley Rice LLC**
Donald A. Migliori
Motley Rice LLC
321 South Main Street
Providence, RI 02903

**Liaison Counsel**

**Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112

**Counsel for Plaintiff: Max E. Allen**
**Counsel for Plaintiff: Ronald E. Reijo**

**Peter L. Kaufman**
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA
316 S Baylen St - Ste 600
PO Box 12308
Pensacola, FL 32591

**Counsel for Plaintiffs: Robert Raitt and Diane Raitt**

**Geoffrey S. Meyerkord**
MEYERKORD LAW OFFICE, LLC
2525 S. Brentwood Boulevard
Suite 102
St. Louis, MO 63144-2333

**Counsel for Plaintiff: Keenan Bassett**

**Curtis W Isabell**
Ridenour & Ridenour
P O Box 530
Clinton, TN 37717

**Counsel for Plaintiffs: Kenneth Humphrey and Carolyn J. Humphrey**

**Affiliated Defense Counsel Affected by this Notice:**

| | |
|---|---|
| Eckland & Blando LLP<br>Mark Blando<br>500 Lumber Exchange<br>10 South Fifth Street<br>Minneapolis, MN 55402 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER<br>Anthony Peter Strasius<br>100 SE 2nd Street, Suite 3800<br>Miami, Fl 33131 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| CLARK, PARTINGTON, HART, LARRY, BOND & STACKHOUSE<br>John M. Kvartek<br>One Pensacola Plaza, Suite 800<br>125 West Romana Street<br>Pensacola, FL 32502 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| Kara Stubbs<br>Baker Sterchi Cowden & Rice, LLC<br>1010 Market Street, Suite 950<br>St. Louis, MO 63101 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |
| Baker Donelson Bearman Caldwell & Berkowitz<br>Andrew Colocotronis<br>2200 Riverview Tower<br>900 South Gay Street<br>PO BOX 1792<br>Knoxville, Tennessee 37902 | **Counsel for Defendants C.R. Bard, Inc. and/or Davol Inc.** |

Kirby T. Griffis