UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| KENNETH HUMPHREY and wife<br>CAROLYN J. HUMPHREY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC., a subsidiary of C.R. BARD, INC.,<br>and C.R. BARD, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No.: 3:08-CV-228<br>(VARLAN/GUYTON) |

**ORDER**

Defendants Davol Inc. and C.R. Bard, Inc. ("Defendants") have filed an unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL [Doc. 4], in which they ask the Court to temporarily stay all proceedings in this action in light of its transfer to the United States District Court for the District of Rhode Island. In support of this motion, Defendants state that the MDL transfer in this matter as a "tag-along" action will moot any pretrial requirements and schedules imposed by the Court. Defendants' counsel indicates that Plaintiffs do not oppose the motion to stay.

In light of the parties' agreement, the Court finds that Defendant Davol Inc.'s and Defendant C.R. Bard, Inc.'s Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL [Doc. 4] is well-taken, and it is hereby **GRANTED**. All proceedings in this

case are hereby **STAYED** in light of the transfer of this action to the United States District Court for the District of Rhode Island.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE