CLOSED, STAYED, TV1

# Live Database
# U.S. District Court − Eastern District of Tennessee (Knoxville)
# CIVIL DOCKET FOR CASE #: 3:08−cv−00228

Humphrey et al v. Davol Inc et al
Assigned to: District Judge Thomas A Varlan
Referred to: Magistrate Judge H Bruce Guyton
Demand: $75,000
Case in other court: Circuit Court of the Seventh Judicial Circiut Cou, A8LA0263
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 06/11/2008
Date Terminated: 08/25/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Kenneth Humphrey** represented by **Curtis W Isabell**
Ridenour &Ridenour
P O Box 530
Clinton, TN 37717
865−457−0755
Fax: 865−457−4878
Email: cwi@ridenourlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Timothy Bobo**
Ridenour &Ridenour
P O Box 530
Clinton, TN 37717
865−457−0755
Fax: 865−457−4878
Email: jtb@ridenourlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn J Humphrey** represented by **Curtis W Isabell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Timothy Bobo**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc**
*a subsidiary of C.R. Bard, Inc*
represented by **Andrew L Colocotronis**
Baker, Donelson, Bearman &Caldwell − Knoxville

P O Box 1792
Knoxville, TN 37901−1792
865−549−7000
Email: acolocotronis@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Brad Morgan**
Baker, Donelson, Bearman &Caldwell − Knoxville
P O Box 1792
Knoxville, TN 37901−1792
(865) 549−7000
Email: bmorgan@bakerdonelson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard, Inc** represented by **Andrew L Colocotronis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R Brad Morgan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/11/2008 | Ï 1 | NOTICE OF REMOVAL from Circuit Court of the Seventh Judicial Distict Court in and for Anderson County, Tennessee, case number A8LA0263. ( Filing fee $ 350 ), filed by C.R. Bard, Inc, Davol Inc. (Attachments: # 1 Exhibit A−C)(KAF) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 2 | Certificate of Corporate Interest by C.R. Bard, Inc, Davol Inc. (KAF) (Entered: 06/11/2008) |
| 06/11/2008 | Ï | Filing fee: $ 350, receipt number K3008032 (KAF) (Entered: 06/11/2008) |
| 06/26/2008 | Ï 3 | STIPULATION re 1 Notice of Removal *for Extension of Time to Respond to Complaint* by C.R. Bard, Inc, Kenneth Humphrey, Carolyn J Humphrey, Davol Inc. (Colocotronis, Andrew) (Entered: 06/26/2008) |
| 07/16/2008 | Ï 4 | MOTION to Stay *Proceedings Pending Transfer to Federal MDL (Unopposed)* by C.R. Bard, Inc, Davol Inc. (Attachments: # 1 Exhibit Notice of Potential Tag Along)(Colocotronis, Andrew) (Entered: 07/16/2008) |
| 07/18/2008 | Ï 5 | ORDER granting dft Davol Inc and C.R. Bard's 4 Motion to Stay. All proceedings are STAYED in light of the transfer of this action to the United States District Court for the District of Rhode Island. Signed by District Judge Thomas A Varlan on 7/17/08. (ANB) (Entered: 07/18/2008) |
| 08/25/2008 | Ï 6 | CERTIFIED TRANSFER ORDER (CTO−26); Case Transferred to the MDL Panel. (ANB) (Entered: 08/25/2008) |

| | | |
|---|---|---|
| 08/25/2008 | Ï | Case transferred to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. (ANB) (Entered: 08/25/2008) |